IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WANDA D. SHERMAN AND
RANDALL SHERMAN,

       Plaintiffs,                No. CIV-S-11-0054 KJM EFB

     vs.

WELLS FARGO BANK, N.A.,
a Corporation, et al.,

                               <u>ORDER AND</u>

       Defendants.           <u>ORDER TO SHOW CAUSE RE: SANCTIONS</u>

_____/

        The hearing on Defendant's Motion to Dismiss (ECF No. 6) and Motion To Strike (ECF No. 7) is continued to April 27, 2011 at 10:00 a.m.  Plaintiffs shall file and serve their opposition briefs or notice of non-opposition no later than March 18, 2011.  The defendant may file and serve a reply on or before April 1, 2011.

        Plaintiffs' counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motions in compliance with Local Rule 230(c).  Plaintiffs' counsel shall file his response to the order to show cause on or before March 18, 2011.   A hearing on the order to show cause, if necessary, will follow the hearing on the motions to dismiss and to strike.

/////

/////

1

The Clerk of the Court is directed to serve a copy of this order by mail on plaintiffs' counsel.

IT IS SO ORDERED.

DATED: February 28, 2011.

_____
UNITED STATES DISTRICT JUDGE

2
sher0054.osc

2