UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| WANDA D. SHERMAN and RANDALL L. SHERMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a Corporation; CAL-WESTERN RECONVEYANCE CORPORATION, a Corporation; and DOES 1 through 100;<br><br>Defendants. | Case No. 2:11-cv-00054-KJM-EFB<br><br>[Assigned to the Honorable Kimberly J. Mueller]<br><br>**JUDGMENT OF DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A. WITH PREJUDICE** |

1   On May 12, 2011, this Court entered an Order granting defendant Wells Fargo Bank,
2  N.A.'s ("Wells Fargo") motion to dismiss the complaint, pursuant to Rule 12(b)(6) of the Federal
3  Rules of Civil Procedure.   As the dismissal was with prejudice, the court directs the clerk to enter
4  judgment in accordance with the order.
5  DATED: August 15, 2011.

_____
UNITED STATES DISTRICT JUDGE