UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 15, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

### JUDGMENT IN A CIVIL CASE

WANDA D. SHERMAN and
RANDALL L. SHERMAN

v.          CASE No. 2:11-cv-0054 KJM EFB

WELLS FARGO BANK, N.A., et al.,

**XX** -- **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN FAVOR OF WELLS FARGO BANK, N.A.,  IN ACCORDANCE WITH THE COURT'S ORDER OF  MAY 12, 2011.**

Victoria C. Minor,
Clerk of the Court

ENTERED:   August 15, 2011

by:___/s/_____
R. Becknal , Deputy Clerk